COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Ex parte Keith Wilson Goodson

Appellate case number:   01-15-00288-CR

Trial court case number: 1457737

Trial court:             184th District Court of Harris County

It is ordered that the motion for rehearing is **denied**.


Judge's signature: /s/ Michael Massengale
                         Acting for the Court

Panel consists of Justices Keyes, Bland, and Massengale.

Date:  May 28, 2015